**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **Case No.** CR 04-5056 JKA |
| v. | |
| RANDY DERICKSON, | Order Dismissing Defendant's Motion o Suppress Without Prejudice |
| Defendant. | |

THIS MATTER is entered on the court's own motion. The matter was scheduled for trial April 4, 2005. Defendant's Motion to Suppress was also noted for April 4, 2005. Defendant failed to appear for his April 4, 2005 trial date and a warrant has been issued for his arrest.

***Accordingly, defendant's motion to suppress (Doc 17) is dismissed without prejudice***.

Dated this 3rd day of June, 2005

\_\_\_/s/ J. Kelley Arnold_____
J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1